UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BOLACK MINERALS COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**GALE A. NORTON,** *Secretary of the United States Department of the Interior*,<br><br>Defendant. | Civil Action No.  04-738 (JDB) |

## ORDER

Upon consideration of [11] defendant's motion for summary judgment, [13] plaintiff's cross-motion for summary judgment, and the entire record in this case, and for the reasons explained in the accompanying Memorandum Opinion issue on this date, it is this <u>31st</u> day of March, 2005, hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED**; it is further

**ORDERED** that plaintiff's cross-motion for summary judgment is **DENIED**; and it is further

**ORDERED** that judgment is entered in favor of defendant.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   March 31, 2005

Copies to:

William Francis Demarest
Blackwell Sanders Peper Martin
1737 H Street, NW
Suite 300
Washington, DC 20006-3956
(202) 378-2310
Fax: (202) 378-2319
Email: wdemarest@blackwellsanders.com

Peter S. Smith
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530
(202) 307-0372
Fax: (202) 514-8780
Email: peter.smith@usdoj.gov